**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:08cr23-SPM

MALCOM JAY,

      Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 18) of the United

States Magistrate Judge William Sherrill, to which there have been no timely

objections, and subject to the Court's consideration of any Plea Agreement

pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the

Defendant, **MALCOM JAY**, to Counts One and Two of the indictment (doc. 1) is

hereby ACCEPTED.  All parties shall appear before this Court for sentencing as

directed.

DONE AND ORDERED this sixteenth day of July, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge