**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,                               CASE NO.: 4:08cr23-SPM

vs.

MALCOM JAY,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue the sentencing hearing (doc. 47) is ***granted***.  The sentencing hearing is reset for 1:30 p.m. on ***December 15, 2008***, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED  on this <u>tenth</u> day of October, 2008.

                                                   *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 United States District Judge