**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,                    CASE NO.: 4:08cr23-SPM

vs.

MALCOM JAY,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue the sentencing hearing (doc. 53) is ***granted***.  The sentencing hearing is reset for 1:30 p.m. on **Tuesday, February 17, 2009**, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED  on this eleventh day of December, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge