IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                Case No. 4:08cr23-MW/CAS-1

MALCOM JAY,

        Defendant/Petitioner.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 101. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion for writ of habeas corpus ad prosequendum, ECF No. 98, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 6, 2017.**

                                                       s/Mark E. Walker    
                                                       **United States District Judge**